**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN, <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST CORPORATION, <br><br> Defendant. | Case No. 1:12-cv-6421 <br><br> Honorable John A. Nordberg |

**DEFENDANT COMCAST CORPORATION'S**
**MOTION FOR STAY OF DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Comcast Corporation, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), hereby files this Motion for Stay of Discovery. In support of its Motion, Comcast Corporation incorporates by reference the accompanying Memorandum of Law.

October 12, 2012

/s/ Gordon B. Nash, Jr.

| | |
|---|---|
| Gordon B. Nash, Jr. (ARDC No. 201799) <br> Chancé L. Cooper (ARDC No. 6292598) <br> **Drinker Biddle &Reath LLP** <br> 191 North Wacker Drive, Suite 3700 <br> Chicago, IL 60606-1698 <br> Tel: (312) 569-1000 <br> Fax: (312) 569-3000 <br><br> *Counsel for Defendant* <br> *Comcast Corporation* | Seamus C. Duffy <br> Michael W. McTigue, Jr. <br> **Drinker Biddle &Reath LLP** <br> One Logan Square, Suite 2000 <br> Philadelphia, PA 19103-6996 <br> Tel: (215) 988-2700 <br> Fax: (215) 988-2757 <br><br> *Counsel for Defendant* <br> *Comcast Corporation* |