**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN, <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST CORPORATION, <br><br> Defendant. | Case No. 1:12-cv-6421 <br><br> Honorable John A. Nordberg |

**MOTION OF CHANCÉ L. COOPER TO WITHDRAW AS COUNSEL
FOR DEFENDANT COMCAST CORPORATION**

I, Chancé L. Cooper, hereby move this Court to permit me to withdraw my appearance as Counsel for Defendant Comcast Corporation ("Comcast"). In support of this Motion, I state the following.

1. Effective September 6, 2013, I have left Drinker Biddle & Reath LLP.

2. Defendant Comcast continues to be represented by Drinker Biddle & Reath LLP.

3. The granting of this Motion will not prejudice any party in this case.

WHEREFORE, I, Chancé L. Cooper, respectfully request that this Court enter an order granting this Motion to Withdraw as Counsel for Defendant Comcast.

Dated: October 18, 2013               Respectfully Submitted,


                                      /s/ Chancé L. Cooper

## **CERTIFICATE OF SERVICE**

The undersigned attorney states that on October 18, 2013 she caused to a true and correct copy of the foregoing Motion to Withdraw as Counsel to be filed electronically with the CM/ECF system, which provided notice to all attorneys of record.

    /s/ Chancé L. Cooper___