UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, | Case No. 1:12-cv-6421 |
| Plaintiff, | Honorable John A. Nordberg |
| vs. | |
| COMCAST CORPORATION, | |
| Defendant. | |

### DECLARATION OF MARY KANE

I, MARY KANE, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am Senior Counsel for Comcast Cable Communications, LLC, a wholly owned operating subsidiary of Comcast Corporation ("Comcast"). As Senior Counsel, my job responsibilities include maintaining copies of Comcast's subscriber agreements, and a list of customers who have opted out of the arbitration agreement contained in the subscriber agreement. In addition, I am familiar with Comcast's privacy policies as provided to customers when they activate service.

2. Attached hereto as Exhibit A is a copy of the subscriber agreement in effect when Plaintiff installed service from Comcast under account number 8771300121267359 (Bates Nos. COMCAST-00006 – COMCAST-00017), and applied to his services while he was a customer, which is referenced in Defendant's Motion to Strike Class Allegations and was produced to Plaintiff on January 8, 2014.

3. Attached hereto as Exhibit B is a copy of the privacy policy in effect when Plaintiff installed service from Comcast under account number 8771300121267359 (Bates Nos. COMCAST-00001 – COMCAST-00005), and applied to his services while he was a customer, which is referenced in Defendant's Motion to Strike Class Allegations and was produced to Plaintiff on January 8, 2014.

1

4. Comcast's business records indicate that Plaintiff opted out of the arbitration agreement contained in Plaintiff's subscriber agreement on January 10, 2011.

5. If called as a witness, I would and could competently testify to all of the foregoing, which is within my personal knowledge or based upon information gathered within the course and scope of my duties as Senior Counsel for Comcast Cable Communications, LLC.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2014

Mary Kane, Esquire