# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Nicholas M Martin

                Plaintiff,

v.                                      Case No.: 1:12−cv−06421
                                      Honorable Sharon Johnson Coleman

Comcast Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 15, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 6/15/2015. This action is dismissed without prejudice for 45 days. Jury trial set to 2/29/2016 is stricken. Plaintiff's motion to certify class [71] is moot. Defendant's motion for summary judgment [95] is moot. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.